28899.   STEPHENS *v.* SNYDER.

DECIDED MAY 6, 1941.

*E. F. Taylor,* for plaintiff.
*Martin, Martin & Snow,* for defendant.

GARDNER, J.   In *Stephens* v. *Snyder,* 63 *Ga. App.* 90 (10 S. E.
2d, 218) this court affirmed the judgment of the trial court sus-
taining a demurrer and dismissing the action.   Reference is made
to that decision for a full statement of the allegations of fact and
the rulings.   In the instant case the husband of the plaintiff in
that case brought suit to recover special damages and general
damages for loss of his wife's services, based on the same transac-
tion, save that there was some variation in the allegations of negli-
gence as applied to the cause as amended, when it was alleged that
the wife of the plaintiff was instructed to take the dress off, leav-
ing her unassisted, while the saleslady went for another dress.
Whatever might be the effect of the amendment, this case is never-
theless controlled by the ruling in *Stephens* v. *Snyder,* supra : "Our
view of this case is that the plaintiff's injury was due to her negli-
gence, assuming but not deciding that the defendant was negli-
gent."   The court did not err in sustaining the demurrer to the
petition.

*Judgment affirmed.   Broyles, C. J., and MacIntyre, J., concur.*